

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Cristina Yancucci
140 Broadway, Suite 3100
New York, New York 10005
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

June 22, 2026                                                     File No. 43742.450

**VIA EMAIL**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Email:karasNYSDChambers@nysd.uscourts.gov

> Re:    *John Sacchi v. Tanu S. Reddi, et al.,*
>        United States District Court, S.N.D.Y. Case No. 7:26-cv-2102-KMK

Dear Judge Karas:

Our office represents Defendant Compass Greater NY, LLC ("Compass") and Ari J. LeFauve ("LeFauve," with Compass, "Compass Defendants") in the above-captioned matter. We write this letter with counsel for Defendant Tanu Reddi ("Defendant Reddi") in response to the pre-motion conference scheduled for July 6, 2026 (Doc. No. 56).

Pursuant to Your Honor's Individual Rules of Practice I(C), the Compass Defendants and Defendant Reddi jointly move to adjourn the July 6 pre-motion conference. Counsel for the Compass Defendants and Defendant Reddi have scheduling conflicts and respectfully request a date that is convenient for the Court after July 15. This is the parties first request for an adjournment.

Defendants' counsel conferred with counsel for Plaintiff regarding consent for this adjournment request, however Plaintiff's counsel wanted confirmation of a specific date before he would consent to the adjournment. Plaintiff's counsel offered June 29 through July 8 as acceptable dates for the pre-motion conference, and claims any date beyond July 8 would prejudice the Plaintiff. However, neither the Compass Defendants nor Defendant Reddi are available on the dates offered by Plaintiff.

Accordingly, the Compass Defendants and Defendant Reddi respectfully request that the July 6 pre-motion conference be adjourned to a date after July 15 that is convenient for the Court.

We thank the Court for its time and attention to this matter.

178477178.1

June 22, 2026
Page 2

Respectfully submitted,

/s/ *Cristina R. Yannucci, Esq.*

Cristina R. Yannucci for
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Defendants*
*Compass Greater NY, LLC &*
*Ari J. LeFauve*

/s/ *Lee S. Wiederkehr, Esq.*

Lee  S. Wiederkehr for
DELBELLO DONNELLAN WEINGARTEN WISE &
WIEDERKEHR, LLP
*Attorneys for Defendant*
*Tanu Reddi*

Cc: Counsel for all parties by electronic filing

*Granted. The Court will hold a conference via telephone on 7/20/26 at 11:30*

SO ORDERED: [signature]

HON. KENNETH M. KARAS  U.S.D.J.

*6/23/2026*

178477178.1