Case 7:26-cv-02102-KMK Document 68 Filed 11/03/26 Page 1 of 2

LEWIS BRISBOIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

Cristina Yannucci
140 Broadway, Suite 3100
New York, New York 10005
Cristina.Yannucci@lewisbrisbois.com
Direct: 212.232.1412

November 3, 2026

File No. 43742.450

**VIA EMAIL**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Email:karasNYSDChambers@nysd.uscourts.gov

Re: *John Sacchi v. Tanu S. Reddi, et al.,*
United States District Court, S.N.D.Y. Case No. 7:26-cv-2102-KMK

Dear Judge Karas:

Our office represents Defendant Compass Greater NY, LLC ("Compass") and Ari J. LeFauve ("LeFauve" and, together with Compass, the "Compass Defendants") in the above-captioned matter. Plaintiff John Sacchi ("Plaintiff") is represented by Stephen Simoni and the Simoni Consumers Class Action Law Office. The parties jointly submit this letter motion in accordance with your Individual Rules of Practice (C).

The Court's October 20, 2026 Memo Endorsement scheduled a telephone conference before Judge Karas for November 5, 2026, at 11:00 a.m. (Doc. No. 67). The conference was scheduled to address Plaintiff's request that the Court order a Case Management Conference so that Plaintiff may continue prosecuting this action. (Doc. No. 65).

On October 26, 2026, the parties finalized and fully executed a settlement agreement. In light of the parties' resolution of this case, they respectfully request that the November 5, 2026 teleconference be adjourned to permit for the filing of the stipulation of dismissal upon final confirmation of the settlement payment's receipt, which is anticipated by tomorrow. This is the parties' first request to adjourn this teleconference, and both parties consent to the request.

Case 7:26-cv-02102-KMK Document 68 Filed 11/03/26 Page 2 of 2


We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Cristina R. Yannucci*

Cristina R. Yannucci, Esq. for
LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Defendants*
*Compass Greater NY, LLC &*
*Ari J. LeFauve*

Granted. The 11/5/26 conference is adjourned sine die.

So Ordered.

11/3/26

Respectfully submitted,

*/s/ Stephen J. Simoni*

Stephen J. Simoni, Esq. for
SIMONI CONSUMERS CLASS ACTION LAW OFFICE
*Attorneys for Plaintiff*
*John Sacchi*

Cc: Counsel for all parties by electronic filing